**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Colorado__
(State)

Case number (If known): _____ Chapter _7_

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

Check one:

X  Chapter 7
☐  Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Northwest Regional ASC, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Northwest Ambulatory Surgery Center; Northwest Regional Ambulatory Surgery Center

**4. Debtor's federal Employer Identification Number (EIN)**

X Unknown

___ ___ - _____
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 10170 Church Ranch Way Unit 110 | 14201 Dallas Parkway |
| Number    Street | Number    Street |
| | P.O. Box |
| Westminster    CO    80021 | ~~Dallas~~    ~~TX~~    75254 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Jefferson | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 1

Debtor    Northwest Regional ASC, LLC          Case number (if known)_____
          Name

6. **Debtor's website** (URL)    nwrasc.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership(LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - X  Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor_____ Relationship _____
     District_____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

     Debtor_____ Relationship _____
     District_____ Date filed _____ Case number, if known _____
                                MM / DD / YYYY

### Part 3:   Report About the Case

10. **Venue**

    *Check one:*

    X  Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    X  The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

    ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Northwest Regional ASC, LLC    Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Potens Partners, LLC | Unpaid lease obligations | $95,075.27 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ 95,075.27 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Potens Partners, LLC
Name

520 Zang Street, Suite 222
Number Street

Broomfield     CO     80021
City           State  ZIP Code

Name and mailing address of petitioner's representative, if any

Name

Number Street

City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  9/30/20
    MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Aaron Garber
Printed name

Wadsworth Garber Warner Conrardy, PC
Firm name, if any

2580 West Main Street, Suite 200
Number  Street

Littleton      CO      80120
City           State   ZIP Code

Contact phone 303-296-1999    Email agarber@wgwc-law.com

Bar number  36099

State  CO

X _____
Signature of attorney

Date signed  9/30/20
    MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3